**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BASF CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>LAGUNA BEACH COLLISION CENTER, INC. a/k/a and/or d/b/a BEACH CITIES AUTO COLLISION,<br><br>        Defendant. | Case No. 8:18-cv-00637-JLS-DFM<br><br>**JUDGMENT** |

//

1 **JUDGMENT**

2 The Court, having granted in part Plaintiff BASF Corporation's motion for

3 default judgment (ECF No. 20), hereby enters judgment against Defendant Laguna

4 Beach Collision Center, Inc. a/k/a and/or d/b/a Beach Cities Auto Collision in the

5 amount of $71,500.00 for the Contract Fulfillment Consideration. Plaintiff is

6 further entitled to an award of costs and may apply to the Clerk to tax costs

7 pursuant to the procedure set forth in C.D. Cal. R. 54-2.

9 IT IS SO ORDERED.

11 Dated: September 25, 2018

12 By_____

13 HONORABLE JOSEPHINE L. STATON